ORIGINAL

John Oleske, Esq.
HERRICK, FEINSTEIN LLP
Attorneys for Plaintiff
2 Park Avenue
New York, NY 10016
Telephone:  (212) 592-1400
Facsimile:  (212) 592-1500
joleske@herrick.com

JUDGE ROBINSON

08 CIV 4756

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
At Last Naturals, Inc.,            :  Case No.
                                   :
                Plaintiff,         :  RULE 7.1 STATEMENT
                                   :
        vs.                        :
                                   :
Bruce Last and Lasting Natural Solutions, Inc., :
                                   :
                Defendants.        :
-----------------------------------x

Pursuant to Federal Rules of Civil Procedure Rule 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff At Last Naturals, Inc. certifies that it is a privately held company with no corporate parents, affiliates and/or subsidiaries, and that no publicly-held corporation holds more than 10% of its shares.

Dated:  New York, New York
        May 20, 2008

                                        HERRICK, FEINSTEIN LLP

                                        By: _____
                                            John Oleske
                                        2 Park Avenue
                                        New York, New York 10016
                                        Telephone:  (212) 592-1400
                                        Facsimile:  (212) 592-1500
                                        joleske@herrick.com
                                        *Attorneys for Plaintiff At Last Naturals, Inc.*