JUDGE ROBINSON

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                    District of                    New York

At Last Naturals, Inc.

**SUMMONS IN A CIVIL ACTION**

V.

Bruce Last and Lasting Natural Solutions, Inc.

CASE NUMBER

**08  CIV  4756**

TO: (Name and address of Defendant)

Bruce Last and Lasting Natural Solutions, Inc.
187 Scarsdale Road
Tuckahoe, New York 10707

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Oleske, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, New York 10016

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

MAY 2 1 2008

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                   Date                      *Signature of Server*

                                      _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NUMBER: 08 CIV 4756

## AFFIDAVIT OF SERVICE

AT LAST NATURALS, INC.

Plaintiff(s)/Petitioner(s)

- against -

BRUCE LAST and LASTING NATURAL SOLUTIONS, INC.

Defendant(s)/Respondent(s)

WESTCHESTER COUNTY, NEW YORK STATE: Albert Baldassarri being duly sworn deposes and says: Deponent is not a party herein is over 18 years of age and resides in the State of New York.

On 5/21/08 at 9:21 p.m., Deponent served the Summons and Complaint with Index Number and Date of Filing, Civil Cover Sheet, Individual Rules of Judge Robinson, Individual Rules of Magistrate Judge Fox, Third Amended Instructions For Filing An Electronic Case Or Appeal, Guidelines For Electronic Case Filing and Procedures For Electronic Case Filing on **BRUCE LAST** at 187 SCARSDALE ROAD, TUCKAHOE, NEW YORK 10707 by:

XX  delivering thereat a true copy of each to said individual, BRUCE LAST, personally.

XX  Description: Male, White, Black Hair, 5'9" Ht., 165 Lbs., 38 Yrs.

XX  Deponent asked the person spoken to whether recipient was presently in the military service of the United States government or of the State of New York and received a negative reply. The person spoken to wore ordinary civilian clothing and no military uniform.

Sworn to before me on 5/22/2008

SUZANNE J. BALDASSARRI
Notary Public, New York State
No. 01BA5058105
Qualified in Westchester County
Commission Expires 4/1/_10_