*JUDGE ROBINSON*

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

At Last Naturals, Inc.

V.

Bruce Last and Lasting Natural Solutions, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CIV 4756**

TO: (Name and address of Defendant)

Bruce Last and Lasting Natural Solutions, Inc.
187 Scarsdale Road
Tuckahoe, New York 10707

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Oleske, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, New York 10016

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAY 2 1 2008

CLERK _____   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
              *Date*                      *Signature of Server*

                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

CASE NUMBER: 08 CIV 4756

# AFFIDAVIT OF SERVICE

AT LAST NATURALS, INC.

Plaintiff(s)/Petitioner(s)

- against -

BRUCE LAST and LASTING NATURAL SOLUTIONS, INC.

Defendant(s)/Respondent(s)

WESTCHESTER COUNTY, NEW YORK STATE: Albert Baldassarri being duly sworn deposes and says: Deponent is not a party herein is over 18 years of age and resides in the State of New York.

On 5/21/08 at 9:21 p.m., Deponent served the Summons and Complaint with Index Number and Date of Filing, Civil Cover Sheet, Individual Rules of Judge Robinson, Individual Rules of Magistrate Judge Fox, Third Amended Instructions For Filing An Electronic Case Or Appeal, Guidelines For Electronic Case Filing and Procedures For Electronic Case Filing on **LASTING NATURAL SOLUTIONS, INC.** at 187 SCARSDALE ROAD, TUCKAHOE, NEW YORK 10707 by:

XX  delivering a true copy of each to BRUCE LAST, PRESIDENT, who is authorized to accept service.

XX  Description: Male, White, Black Hair, 5'9" Ht., 165 Lbs., 38 Yrs.

XX  Deponent asked the person spoken to whether recipient was presently in the military service of the United States government or of the State of New York and received a negative reply. The person spoken to wore ordinary civilian clothing and no military uniform.

Sworn to before me on 5/22/2008

_____          _____

SUZANNE J. BALDASSARRI  
Notary Public, New York State  
No. 01BA5058105  
Qualified in Westchester County  
Commission Expires 4/1/10