# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CV 4756 (SCR)                                   Date Filed: 5/21/2008

Plaintiff:
**At Last Naturals, Inc.**

vs.

Defendant:
**Bruce Last, et. al.,**
**State of New York, County of Albany)ss.:**

Received these papers to be served on **Lasting Natural Solutions, Inc.**.

I, J.R. O'Rourke, being duly sworn, depose and say that on the **23rd day of May, 2008** at **12:50 pm**, I:

Served the within named **CORPORATION** by delivering two true copies of the **Summons in a Civil Action, Complaint, Civil Cover Sheet, Individual Rules of USDC Judge Robinson, Individual Rules of Magistrate Judge Fox, 3rd Amended Instructions for Filing an Electronic Case or Appeal, Guidelines for Electronic Case Filing, Proceedures for Electronic Case Filing, pursuant to section 306 BCL together with statutory service fee in the amount of $40.00** to Donna Christie as Business Document Specialist I of The New York State Department of State, the New York State Department of State being the **Registered Agent** of record of the within named corporation, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5' 4", Weight: 160, Hair: Blond, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 23rd day of May, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

PATRICIA A. BURKE
Notary Public, State of New York
No. 4942372
Qualified in Albany County
Commission Expires Feb. 28, 2010

J.R. O'Rourke
Process Server

Our Job Serial Number: 2008001957
Ref: 2222

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f

State of New York - Department of State
Receipt for Service

Receipt #: 200805230235
Date of Service: 05/23/2008
Service Company: 31 SERVINATOR LEGAL SUPPORT SERVICES, INC.

Cash #: 200805230207
Fee Paid: $40 - CHECK

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS CORPORATION LAW

Party Served: LASTING NATURAL SOLUTIONS, INC.

Plaintiff/Petitioner:
AT LAST NATURALS, INC.

Service of Process Address:
LASTING NATURAL SOLUTIONS, INC.
187 SCARSDALE RD
TUCKAHOE, NY 10707

Secretary of State
BY DONNA CHRISTIE